UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNINGS,<br><br>        Plaintiff,<br><br>    v.<br><br>PG&E CORPORATION,<br><br>        Defendant. | Case No. 23-cv-01735-HSG<br><br>**ORDER GRANTING APPELLANT'S MOTION FOR EXPANSION OF TIME**<br><br>Re: Dkt. No. 6 |

On June 30, 2023, pro se Appellant Spiro Jannings filed a Motion for Expansion of Time. Dkt. No. 6. Mr. Jannings seeks an additional 30 days to file his principal brief in light of ongoing health issues. Having considered Mr. Janning's motion, the Court **GRANTS** the motion for an extension of time. Appellant's principal brief is due August 11, 2023; Appellee's principal and response brief is due September 11, 2023; Appellant's response and reply brief is due October 11, 2023; and Appellee's reply brief is due October 25, 2023.

**IT IS SO ORDERED.**

Dated: 7/14/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge