UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANNINGS,

        Plaintiff,

v.

PG&E CORPORATION,

        Defendant.

Case No.  23-cv-01735-HSG

**ORDER GRANTING APPELLANT'S MOTION FOR EXPANSION OF TIME**

Re: Dkt. No. 9

On August 14, 2023, pro se Appellant Spiro Jannings filed a Motion for Expansion of Time.  Dkt. No. 9.  Mr. Jannings seeks an additional 5 days to file his principal brief in light of ongoing technical issues.  Having considered Mr. Jannings' motion, the Court **GRANTS** the motion for an extension of time.  Appellant's principal brief is due August 24, 2023; Appellee's principal and response brief is due September 25, 2023; Appellant's response and reply brief is due October 25, 2023; and Appellee's reply brief is due November 08, 2023

**IT IS SO ORDERED.**

Dated:  8/17/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge