UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNINGS,<br><br>        Plaintiff,<br><br>    v.<br><br>PG&E CORPORATION,<br><br>        Defendant. | Case No. 23-cv-01735-HSG<br><br>**ORDER GRANTING APPELLANT'S MOTION FOR EXPANSION OF TIME**<br><br>Re: Dkt. No. 11 |

On August 24, 2023, pro se Appellant Spiro Jannings filed a Motion for Expansion of Time. Dkt. No. 11. Mr. Jannings seeks an additional 5 days to file his principal brief in light of ongoing technical issues. Having considered Mr. Janning's motion, the Court **GRANTS** the motion for an extension of time. Appellant's principal brief is due September 5, 2023; Appellee's principal and response brief is due October 5, 2023; Appellant's response and reply brief is due November 3, 2023; and Appellee's reply brief is due November 17, 2023. No further motions for expansions of time will be granted for Mr. Jannings.

**IT IS SO ORDERED.**

Dated:  8/28/2023

                                                */s/ Haywood S. Gilliam, Jr.*
                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge